# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL DON OVERHOLSER,
Appellant,

vs.

STATE OF NEVADA, EX REL, NEVADA DEPARTMENT OF CORRECTIONS, JAMES DZURENDA,
Respondent.

No. 77903

FILED

JAN 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order transferring venue of a postconviction petition for a writ of habeas corpus. Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-04825

cc:    Hon. Alvin R. Kacin, District Judge
       Michael Don Overholser
       Attorney General/Carson City
       Elko County Clerk